# Exhibit 1



**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Upcoming Maintenance**
Trademark Office systems will undergo extended maintenance between 12:01 a.m. and 2:00 p.m. on Oct. 5, 2024. During this time, the Trademark Status and Document Retrieval (TSDR) system will be unavailable. We apologize for any inconvenience this causes.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | Print |
|--------|-----------|-------------|--|----------------|-------|

| | |
|--|--|
| **Generated on:** | This page was generated by TSDR on 2024-10-04 01:34:32 EDT |
| **Mark:** | EIDECHSE |

| | | | |
|--|--|--|--|
| **US Serial Number:** | 97793203 | **Application Filing Date:** | Feb. 13, 2023 |
| **US Registration Number:** | 7321531 | **Registration Date:** | Mar. 05, 2024 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** | | LIVE/REGISTRATION/Issued and Active |
| | | The trademark application has been registered with the Office. |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. |
| **Status Date:** | Mar. 05, 2024 |
| **Publication Date:** | Dec. 19, 2023 |

▲ **Mark Information**

⯆ Expand All

⯆ **Goods and Services**

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|--|--|--|--|
| **For:** | Dyes for use in the manufacture of leather, fur, wood; Ink for leather; Mordants for leather; Permanent color refinish for leather and vinyl; Stains for leather | | |
| **International Class(es):** | 002 - Primary Class | **U.S Class(es):** | 006, 011, 016 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | May 31, 2014 | **Use in Commerce:** | Jun. 11, 2014 |

▲ **Basis Information (Case Level)**

▲ **Current Owner(s) Information**

| | | | |
|--|--|--|--|
| **Owner Name:** | Zhangnv Gao | | |
| **Owner Address:** | Fourth Floor, Building E, Huatui Garden, Sanhua Zhongxin Street, Huadu District, Guangzhou CHINA 510813 | | |
| **Legal Entity Type:** | INDIVIDUAL | **Citizenship:** | CHINA |

▲ **Attorney/Correspondence Information**

▲ **Prosecution History**

▲ **TM Staff and Location Information**

▲ **Assignment Abstract Of Title Information - Click to Load**

▲ **Proceedings - Click to Load**