# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Zhangnv Gao,<br><br>*Plaintiff,*<br><br>v.<br><br>The Partnerships and Unincorporated Associations Identified on Schedule A,<br><br>*Defendants*. | **CASE NO**. 1:24-cv-09742<br><br>**Judge: Honorable Franklin U. Valderrama**<br><br>**Magistrate Judge: Honorable Young B. Kim** |

## NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice all causes of action in the Complaint as to the Defendants identified below and in Schedule A. No motions are pending relative to these Defendants. Each party shall bear its own attorney's fees and costs.

| Def. No. | Seller Aliases | Defendants' Stroe URLs |
|---|---|---|
| 14 | Wovilon | https://www.walmart.com/seller/101495861 |
| 16 | FANLOU Co.Ltd | https://www.walmart.com/seller/101596944 |
| 19 | Yingyi | https://www.walmart.com/seller/101529762 |
| 26 | SYW E-Commerce | https://www.walmart.com/seller/101174444 |
| 39 | Hiroekza | https://www.walmart.com/seller/101571094 |
| 40 | FENWEN Co.Ltd | https://www.walmart.com/seller/101681784 |
| 81 | SHENGXINY | https://www.walmart.com/seller/101175144 |
| 107 | YOBOLK | https://www.walmart.com/seller/101596271 |
| 189 | EUDIDV | https://www.walmart.com/seller/102481906 |
| 191 | Piklothy | https://www.walmart.com/seller/101288596 |

|  | Respectfully submitted, |
|---|---|
| Date: November 18, 2024 | /s/ He Cheng |
|  | He Cheng |
|  | Palmer Law Group, P.A. |
|  | 401 E Las Olas Blvd, Suite 1400 |
|  | Fort Lauderdale, FL 33301 |
|  | Tel: +1 (917) 525-1495 |
|  | ***Attorney for Plaintiff*** |