UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Zhangnv Gao, *Plaintiff*, v. The Partnerships and Unincorporated Associations Identified on Schedule A, *Defendants*. | CASE NO. 1:24-cv-09742 **Judge: Honorable Franklin U. Valderrama** **Magistrate Judge: Honorable Young B. Kim** |

## NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice all causes of action in the Complaint as to the 3 Defendants identified below and in Schedule A. No Defendants identified below have filed a motion or answer. Each party shall bear its own costs and fees.

| Def. No. | Seller Aliases | Defendants' Stroe URLs |
|---|---|---|
| 68 | Amacok | https://www.walmart.com/seller/101213993 |
| 71 | Sulgyt | https://www.walmart.com/seller/101203433 |
| 92 | Ratfeit | https://www.walmart.com/seller/101622417 |

Respectfully submitted,

Date: December 6, 2024

/s/ He Cheng
He Cheng
Palmer Law Group, P.A.
401 E Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33301
Tel: +1 (917) 525-1495
*Attorney for Plaintiff*